IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

### Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: <u>4:21-CV-00076</u>

2. Style of case: <u>JAMES ROGERS vs DART TRANSIT COMPANY, et al</u>

3. Nature of suit: CIVIL<u>.</u>

4. Method of ADR used:    **X Mediation**        ☐Mini-Trial        ☐ Summary Jury Trial

5. Date ADR session was held: <u>11/08/21</u>

6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.            ☐ Settled, in part, as result of ADR

   ☒ Settled as a result of ADR.              ☐ Parties were unable to reach settlement.
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: <u>$2250.00</u>

8. Duration of ADR: <u>Half Day</u>   (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

   KENNETH J RUBENSTEIN – MEDIATOR
   LEVI MCCATHERN – PLA ATTY
   SAL ROBLES – PLA ATTY
   IAN SALZER – DEF ATTY
   KEITH ROBB – DEF ATTY

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    //KENNETH RUBENSTEIN//

    Signature

    November 11, 2021
    Date

    <u>4514 Cole Avenue, Dallas, TX 75205-4181</u>            <u>(214)528-1411</u>
    Address                               Telephone